IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:16-cv-69 (WOB)

**ROBERT E. DYER**                                              **PLAINTIFF**

VS.                    **MEMORANDUM OPINION AND ORDER**

**BROWN COUNTY CHILD
ENFORCEMENT AGENCY, STATE
OF OHIO, ET AL**                                               **DEFENDANTS**

This matter having been dismissed for failure to state a claim, and plaintiff's proposed amended complaint also failing to state a claim for the reasons set forth in the Court's Memorandum Opinion and Order (Doc. 52), and the Court being otherwise advised,

**IT IS ORDERED** that plaintiff's motion for contempt (Doc. 56) be, and is hereby, **DENIED**.

This 17th day of November, 2016.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge